NO. 07-01-0472-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 13, 2001

_____

LEONE PLUMMER,

Appellant

v.

CHARLENE J. REEVES,

Appellee

_____

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 37,940-C; HON. PATRICK PIRTLE, PRESIDING

_____

**ORDER OF ABATEMENT**
_____

Before BOYD, C.J., and QUINN and REAVIS, JJ.

Leone Plummer (appellant) appeals the September 4, 2001 judgment of the 251st District Court of Randall County in favor of appellee. Subsequent to the filing of the notice of appeal, this court received notice from counsel for appellee that appellant has filed a voluntary petition as debtor under Chapter 13 of the United States Bankruptcy Code. Said notice included a file-marked copy of said petition. Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed.

Under these circumstances, and for administrative purposes, this appeal is removed from the docket of this Court and abated.  The appeal will be reinstated upon proper motion showing that the stay has been lifted and specifying the action required by this Court.

Accordingly, the appeal is abated.


Per Curiam


Do not publish.